# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1218**
**CA 16-00544**
PRESENT: SMITH, J.P., LINDLEY, DEJOSEPH, NEMOYER, AND TROUTMAN, JJ.

IN THE MATTER OF JAYSON BULMAHN,
PETITIONER-APPELLANT,

V                                                                    ORDER

NEW YORK STATE OFFICE OF MEDICAID INSPECTOR
GENERAL AND NEW YORK STATE DEPARTMENT OF
HEALTH, RESPONDENTS-RESPONDENTS.

STAMM LAW FIRM, WILLIAMSVILLE (GREGORY STAMM OF COUNSEL), FOR
PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (KATE H. NEPVEU OF
COUNSEL), FOR RESPONDENTS-RESPONDENTS.

---------------------------------------------------------------------------------------------------------------

     Appeal from a judgment (denominated order) of the Supreme Court,
Erie County (Timothy J. Drury, J.), entered June 26, 2015 in a
proceeding pursuant to CPLR article 78.  The judgment denied the
amended petition.

     It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  December 23, 2016                          Frances E. Cafarell
                                                    Clerk of the Court